395 A.2d 273

**COMMONWEALTH of Pennsylvania**

v.

**David PHILLIPS, Appellant.**

Supreme Court of Pennsylvania.

Argued Nov. 13, 1978.

Decided Dec. 29, 1978.

Thomas E. Seus, Kelly, Moran & Harrington, Mary McNeill Greenwell, Barry H. Denker, Philadelphia, for appellant.

Robert B. Lawler, Chief, Appeals Div., Wm. C. Turnoff, Asst. Dist. Attys., for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, MANDERINO and LARSEN, JJ.

OPINION

PER CURIAM:

Judgment of sentence affirmed.

POMEROY, Former Justice, did not participate in the consideration or decision of this case.